IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-CV-063-KDB-DCK

| | |
|---|---|
| GEORGE ZEEKS, and CYNTHIA ZEEKS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CITIZENS FINANCIAL GROUP, INC., d/b/a ) | |
| CITIZENS BANK, N.A., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by Michael A. D'Ippolito III, concerning Geoffrey W. Millsom, on July 25, 2023. Geoffrey W. Millsom seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**. Geoffrey W. Millsom is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: July 26, 2023

David C. Keesler
United States Magistrate Judge